# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-1754
_____

H.H., Mother of A.A., L.M.,
T.D.H., Minor Children,

    Appellant,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.

_____

On appeal from the Circuit Court for Washington County.
Timothy Register, Judge.

November 8, 2024

PER CURIAM.

DISMISSED. *N.S.H. v. Dep't of Child. & Fam. Servs.*, 843 So. 2d 898 (Fla. 2003) (approving procedure that includes dismissal when, after counsel withdraws, the appellant fails to timely file his or her own brief in support of appeal of termination of parental rights).

KELSEY, NORDBY, and LONG, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


H.H., pro se, Appellant.

Sarah J. Rumph, Children's Legal Services, Tallahassee, for Appellee; Sara Elizabeth Goldfarb, Statewide Director of Appeals, and Mercy Almaguer, Senior Attorney, Statewide Guardian ad Litem Office, Tallahassee, for Guardian ad Litem.